**No. P66/343.**—Colonial Process Supply Co., Inc. *v.* United States, protests 65/15539, 66/3248, and 66/2687 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Vulkollan strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 21, 1966

**No. P66/344.**—Ashear Bros., Inc., et al. *v.* United States, protests 61/11609, etc. (New York).

**No. P66/345.**—Ashear Bros., Inc., et al. *v.* United States, protests 65/12634, etc. (New York).

**No. P66/346.**—Cisco, Inc. *v.* United States, protest 65/17247 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs, not blocked-printed by hand, similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.